FILED
2025 MAR 31 PM 4:18
CLERK
U.S. DISTRICT COURT

FELICE JOHN VITI, Acting United States Attorney (#7007)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 4:25-mj-00035 PK |
|---|---|
| Plaintiff, | FELONY COMPLAINT |
| vs. | |
| TAYLOR BREWER, | Judge Paul Kohler |
| Defendant. | |

Before the Honorable Paul Kohler, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT 1
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Between November 2, 2022 and February 12, 2025, in the District of Utah and elsewhere,

TAYLOR BREWER,

1

defendant herein, did employ, use, persuade, induce, entice and coerce a minor, "Victim," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

COUNT 2
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt of Child Pornography)

Beginning on a date unknown and continuing through February 12, 2025 in the District of Utah, and elsewhere,

TAYLOR BREWER,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

This complaint is made on the basis of investigation consisting of the following:

1. On March 29, 2023, FBI agents conducted a consensual search of a phone belonging to a minor female (hereinafter "Victim") in connection with an unrelated investigation. During review of Victim's phone, agents found evidence Victim was sexually exploited by multiple adults. The device also included username and account information for Victim's Discord account, a web-based messaging application. A search warrant was subsequently obtained for Victim's Discord account. During the review of the search warrant return for Victim's Discord account, law enforcement found evidence that Victim had been in contact with a Discord account bearing username "Ajax2034#0." Law enforcement was subsequently able to determine that Ajax2034#0 belonged to TAYLOR BREWER.

2. According to the search warrant return, BREWER exchanged messages with Victim from at least November 2, 2022 until April 20, 2023. Based on your affiant's review of the chat logs, it appears to be only a portion of the interactions that BREWER and Victim had over Discord.

3. On November 3, 2022, Victim asked BREWER if he wanted to see pictures of Victim's toes and some pictures that were taken in a car. BREWER agreed and Victim sent BREWER photos of her feet, as well as nude pictures of Victim's exposed genitals. After Victim sent those photos, BREWER responded "your stuffed animal and your cute little girl undies, I wouldn't be able to handle myself." Victim then sent additional photos

3

and BREWER said "you just have an incredible body all around, wow" and "and the tiniest little pussy, you really are gonna steal my soul."

4.  As the two continued to exchange messages, Victim made repeated statements to BREWER that Victim was a child. On November 4, 2022, Victim and BREWER discussed his pedophilia. BREWER stated "I came to terms with my pedophilia a long time ago." On November 7, 2022, BREWER said "I wish I was cute 13 year old I have tons of great ideas."[1]

5.  As the two continued to exchange messages, BREWER directed Victim to send him certain images. BREWER indicated that he was interested in urolagnia[2] and requested that Victim send him photos and videos her urinating. BREWER also repeatedly asked Victim to send him nude photographs of her pubic area and anus. Victim did in fact send photos and videos depicting her nude pubic area.

6.  Ultimately, BREWER was identified as the suspect and a search warrant was executed on BREWER's residence on February 12, 2025. Ultimately, a computer, an external hard drive, and a flash drive were seized.

7.  On the same date, BREWER was detained and interviewed post-*Miranda*. BREWER admitted there was child sexual abuse material ("CSAM") on the computer

---

[1] Victim was 14 years old at the time of the chats with BREWER.
[2] Urolagnia is defined as a rare paraphilia that is characterized by sexual arousal associated with urine or urination.

seized from his residence, the silver flash drive seized from his residence, and the black Samsung smartphone that was seized from him prior to his interview.

8. During a search of BREWER's Samsung cell phone, your affiant observed multiple conversations on Sessions, a web-based secure messaging application. The conversations involved pedophilia role play as well as exchange of CSAM. Specifically, your affiant saw a photograph that BREWER received from another user that depicted a female Caucasian prepubescent child wearing no shirt sitting on a chair. The child's feet are on the chair with her legs spread apart. Her underwear is pulled tight, exposing her labia.[3]

///

///

///

///

///

///

///

///

///

---

[3] Forensic examination of BREWER's other electronic devices is ongoing.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for TAYLOR BREWER for violations of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

_____
Charles Fowler
FBI Special Agent


SUBSCRIBED AND SWORN to before me this 31st day of March, 2025.

_____
Paul Kohler
United States MagistrateJudge


APPROVED:

FELICE JOHN VITI
Acting United States Attorney


*Christopher Burton*
_____
CHRISTOPHER BURTON
Assistant United States Attorney